# Claims Distribution Small Checks

Case: 08-13749 - MONROE, LAURA L.

Trustee: HAROLD P. BULAN (521350)

1089817
$8.87
5/6/10

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 920002210540066 | 10127 | 04/19/10 | | | Payee: | U.S. Bankruptcy Court | | | | |
| | | | 7 | 03/04/09 | 610 | RESURGENT CAPITAL SERVICES | 116.80 | 116.80 | 2.38 | 2.38 |
| | | | 10 | 03/16/09 | 610 | SPIRIT OF AMERICA NATIONAL BANK/FASHION BUG | 199.33 | 199.33 | 4.07 | 4.07 |
| | | | 11 | 03/16/09 | 610 | SPIRIT OF AMERICA NATIONAL BANK/MONTEREY BAY | 118.44 | 118.44 | 2.42 | 2.42 |
| | | | | | | | | | Check Amount: | $8.87 |



FILED MAY - 6 2010 BANKRUPTCY COURT BUFFALO, N.Y.

(*) Denotes objection to Amount Filed